- 1 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORY GOTCH, | ) | CASE NO. 8: 15-CV-00350 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| MILK SPECIALTIES COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Stipulation for Dismissal of the Plaintiff, Cory Gotch, and the Defendant, Milk Specialties Company. Filing No. 28. The Court being fully advised in the premises finds that the requested relief should be granted;

IT IS THEREFORE ORDERED that the above-entitled action be and the same hereby is dismissed with prejudice, each party to pay its own costs, a complete record waived.

DATED this 18th day of January, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

Prepared and Submitted By:
Mark J. Daly (#15373) mdaly@fitzlaw.com
FITZGERALD, SCHORR, BARMETTLER
& BRENNAN, P.C., L.L.O.
200 Regency One
10050 Regency Circle
Omaha, Nebraska 68114-3794
 (402) 342-1000
(402) 342-1025 fax

- 1 -